**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF MEAGAN HOCKADAY, LUIS MORADO, as Guardian Ad Litem for minors N.M.M., Z.G.M., and M.H.M., individually, and as Successors in Interest to MEAGAN HOCKADAY deceased, MONIQUE TRENAE WALLACE, individually,<br><br>*Plaintiffs,*<br><br>vs.<br><br>THE CITY OF OXNARD; OFFICER ROGER GARCIA, and DOES 1-10, Inclusive,<br><br>*Defendants.* | CASE NO.: 16-cv-02145-JAK-GJS<br><br>**REDACTED FINAL JUDGMENT**<br><br>**JS-6** |

# FINAL JUDGMENT AS TO DEFENDANT CITY OF OXNARD

Plaintiffs N.M.M, Z.G.M and M.H.M. by and through their Guardian Ad Litem Luis Morado and Monique Wallace, filed a First Amended Complaint and Defendant City of Oxnard having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law and waived any right to appeal from this Final Judgment:

(1.)   On May 1, 2017 the Parties arrived at the general parameters of the Settlement. An Unopposed Petition for Compromise of Minor's Claims was filed on June 1, 2017. On September 12, 2017, the Court granted Plaintiff minors' Petition.

(2.)   The Parties agreed to settle this entire action for ▇▇▇ as to all Plaintiffs. A total of ▇▇▇ will be distributed evenly (▇▇▇) to each minor (minus attorneys' fees and costs). $100,000 would be paid to Monique Wallace and her attorneys within thirty (30) days of entry of the Final Judgment.

(3.)   Defendant shall make a payment in the amount of ▇▇▇ payable to ▇▇▇ for the benefit of minor N.M.M within thirty (30) days of entry of the Final Judgment.

(4.)   Defendant shall make a payment in the amount of ▇▇▇ payable to ▇▇▇ for the benefit of minor Z.G.M within thirty (30) days of entry of the Final Judgment.

(5.)   Defendant shall make a payment in the amount of ▇▇▇ payable to ▇▇▇ for the benefit of minor M.H.M within thirty (30) days of entry of the Final Judgment.

///

(6.) Defendant shall make a payment in the amount of ▮ payable to Trust of Luis Morado within thirty (30) days of entry of the Final Judgment.

(7.) Defendant shall make a payment in the amount of ▮ payable to trust account for *Douglas / Hicks Law, APC* and Sias | Carr, LLP within thirty (30) days of entry of the Final Judgment.

(8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that defendant OFFICER ROGER GARCIA is dismissed with prejudice from this action;

(9.) The parties further agree that this judgment constitutes a general mutual release and a mutual waiver of all costs, court fees, and attorney's fees arising out of litigation of all of plaintiffs' claims, known and unknown as to any defendant, in accordance with the terms of the release and settlement agreement.

(8.) It is further ordered that the consent is incorporated here with the same force and effect as if fully set forth here, and that Defendant shall comply with all of the undertakings and agreements set forth above.

(9.) It is further ordered that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

(10.) There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rule of Civil Procedure, the Clerk is ordered to enter this Final Judgment immediately and without further notice.

**IT IS SO ORDERED.**

Dated: October 2, 2017

_____
John A. Kronstadt
United States District Judge